**Order entered October 5, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00421-CR

**ANTONIO ALEX ANGULOVILLALTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00739-P**

### ORDER

The reporter's record, due on September 11, 2020, has not been filed. We

**ORDER** court reporter Crystal R. Jones-Brown to file the complete reporter's

record by October 30, 2020.

/s/    CORY L. CARLYLE
        JUSTICE